Application denied. Mr. Valentine indeed received two status points for committing the instant federal offense while on parole, under the old version of USSG 4A1.1. Under the new version, he would only receive one status point, for committing the offense while on parole and having at least 7 or more criminal history ("CH")points. That would reduce his CH points from 18 to 17. He would still be in CH Category VI, which is for offenders with 13 or more CH points. Because the reduction from 18 points to 17 would not change his Guidelines range, a sentence reduction is precluded under USSG 1B1.10(a)(2)(B) (reduction not authorized where amendment does not lower applicable Guidelines range). The Clerk of Court is respectfully directed to send a copy of this endorsement to Mr. Valentine.

SO ORDERED.
*Cathy Seibel*  5/6/24
CATHY SEIBEL, U.S.D.J.

United States District Court
Southern District of New York
Westchester Division

Hector Valentine,

v.                    Cause No.: 11 CR-626 (CS)

United States of America,

## Motion for Sentence Reduction
## Pursuant to 18 U.S.C 3582(c)(2)

Petitioner Hector Valentine, pro se, approaches the Honorable court in the motion for sentence reduction pursuant to 18 U.S.C 3582(c)(2). The motion to impose retroactive application of U.S.S.G Amendment 821.

Petitioner received "Status points" in regards to prior criminal offenses that now lack the jurisdiction and authority beyond the scope of the law and also lack of relevant conduct.

Pursuant to 28 U.S.C 994(u) and taking into account the policy statement set forth at U.S.S.G 1B1.10 and sentencing factors set forth in 18 U.S.C 3553(a) to the extent that they are applicable.

RECEIVED
MAY 03 2024
U.S.D.C.
W.P.

Respectfully Submitted,

*Hector Valentine* pro se
Hector Valentine - 65531-054
F.C.I Allenwood - MED.
P.O. Box 2000
White Deer, PA - 17887

INMATE NAME/NUMBER: Hector L. Valentine #65531-054
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD MED.
P.O. BOX 2000
WHITE DEER, PA 17887

**FCI Allenwood White Deer, PA**
4-29-24
DATE

The Enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected if the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

HARRISBURG PA 171
30 APR 2024 PM 2 L

United State District Court
Southern District Of New York
300 Quarropas Street
White Plains, N.J. 10601

10601-414000